AUGUST 20, 1991

No. A–116.  WATKINS ET AL. v. MABUS, GOVERNOR OF MISSIS-
SIPPI, ET AL.  D. C. S. D. Miss.  Application for injunction and

---

stay pending appeal, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE MARSHALL and JUSTICE BLACKMUN would grant the application.